JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP K. TRUJILLO,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JOE A. LIZARRAGA, Warden,<br><br>　　　　　Respondent. | Case No. CV 19-4652-DSF (KK)<br><br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is DISMISSED with prejudice.

DATED: November 18, 2019

　　　　　　　　　　　　　　　　　　　　　/s/ Dale S. Fischer
　　　　　　　　　　　　　　　　　　　　　Honorable Dale S. Fischer
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE